WILLIAM DALE v. JOHN W. SIMMONS, III.

October 24, 1978. Petition for certification denied.

IN THE MATTER OF THE SUSPENSION OR REVOCATION
OF THE LICENSE OF GERALD L. WOLFE, D.O.

October 24, 1978. Petition for certification denied. (See
160 *N. J. Super.* 114)

STATE OF NEW JERSEY v. JASPER SINGLEY.

October 24, 1978. Petition for certification denied.

TOWNSHIP OF SOUTH BRUNSWICK v.
COUNTY OF MIDDLESEX.

October 24, 1978. Petition for certification denied.

KEARNY PBA LOCAL #21 v. TOWN OF KEARNY.

October 24, 1978. Petition for certification granted. (See
159 *N. J. Super.* 402)

KEARNY PBA LOCAL #21 v. TOWN OF KEARNY.

October 24, 1978. Cross-petition for certification granted.
(See 159 *N. J. Super.* 402)